IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 MAR 12 PM 2:46
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

Vanessa Olivia Harrison

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

NMS Healthcare Hyattsville
Rushern L. Baker, III
Prince George's County

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. **RDB 18 CV 0729**
(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☐ No
(check one)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Vanessa Harrison
   Street Address: 5307 Wyndholme Circle #102
   City and County: Baltimore City
   State and Zip Code: MD 21229
   Telephone Number: 410-646-3731
   E-mail Address: N/A

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: NMS Healthcare - Hyattsville
   Job or Title (if known): Craig Neiswagner - Administrator
   Street Address: 4922 LaSalle Rd
   City and County: Hyattsville
   State and Zip Code: MD 20782
   Telephone Number: 301-864-2333
   E-mail Address (if known):

Defendant No. 2
- Name: Rushern L. Baker III
- Job or Title (if known): Prince George's County Executive
- Street Address: Administration Building Room 5032, 14741 Governor Oden Bowie Dr
- City and County: Upper Marlboro
- State and Zip Code: MD 20772-3050
- Telephone Number: 301-952-4131
- E-mail Address (if known):

Defendant No. 3
- Name: Prince George's County
- Job or Title (if known):
- Street Address: 14741 Governor Oden Bowie Dr
- City and County: Upper Marlboro
- State and Zip Code: MD 20772-3050
- Telephone Number: 301-952-4131
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Nursing Reform Act OBRA'87
Olmstead v LC 527 U.S. 581

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* **NMS Healthcare**, is incorporated under the laws of the State of *(name)* **MD**, and has its principal place of business in the State of *(name)* **MD**. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   50 million dollars for medical bills, equipement, transportation, failure to fill out the FMLA paperwork for family - daughter - Vanessa Harrison, and housing costs.

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

NMS Healthcare Hyattsville under the direction of Craig Neiswagner denied admission to MS Ernestine M. Harrison under the ADA guidelines. The violations to MS Ernestine M. Harrison's civil rights are under the Federal Nursing Home Reform Act. The date for the violation is January 2017. NMS Healthcare refused to admit MS Ernestine M. Harrison because she had not been accepted into the MD Medicaid. MS Ernestine M. Harrison is disabled.

NMS Healthcare Hyattsville violated MS Ernestine M. Harrison's civil rights under the ADA in regards of the Olmstead Act. Olmstead v LC 527 U.S. 581, NMS Healthcare Hyattsville refuse to help MS Ernestine M. Harrison transfer out of the home there by holding MS Ernestine M. Harrison at the NMS Healthcare Hyattsville against her will, violating her civil rights. This happened from September 2017 to November 2017.

IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The plaintiff is asking the defendant for 50 million dollars for violating MS Ernestine Harrison's civil right.

The plaintiff is asking the court to deny any and all Federal funding from the Federal medicare program.

The plaintiff is asking the court to deny NMS Healthcare Hyattsville any Federal contracts due to civil rights violations of disabled people and/or person MS Ernestine M. Harrison.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-12, 2018

Signature of Plaintiff    Vanessa Harrison
Printed Name of Plaintiff  Vanessa Harrison

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney _____
Bar Number               _____
Name of Law Firm         _____
Address                  _____
Telephone Number         _____
Email Address            _____