CASE 1-18-CV-00729-RDB

Amended Complaint

Vanessa Harrison suffered physical damage to her body and extremely high levels of stress due to the exact defamation of character and lies from NMS Hyattsville that NMS Hyattsville falsely accused Vanessa Harrison while NMS Hyattsville financially raped MS Ernestine Harrison.

Vanessa Harrison has suffered damage to the back of both of her hands. The damage included rashes, bleeding, severe pain, broken skin and medical bills. Vanessa Harrison did not have any of these problems prior to NMS Hyattsville violating MS Ernestine Harrison's civil right under the ADA.

Vanessa Harrison also lost a lot of her hair due to the stress and defamation of character NMS Hyattsville told the Prince George's Circuit Court so that an illegally appointed guardian can assist in the financially raping of MS Ernestine Harrison's assets. Vanessa Harrison is forced to wear a hat to help cover up spots on head from where her hair fell out due to the extreme stress levels that NMS Hyattsville inflicted on Vanessa Harrison while performing a defamation of character. The defamation of character NMS Hyattsville performed was the following:

NMS Hyattsville falsely accused Vanessa Harrison of being financially irresponsible for MS Ernestine Harrison's. assets. Vanessa Harrison had every bill paid for MS Ernestine Harrison. NMS Hyattsville violated the Notification Requirement. By NMS Hyattsville not sending the bill in a timely manner after Vanessa Harrison requested the bill in January 2017 that caused stress.

NMS Hyattsville then refused my mother access to services that she needed and NMS Hyattsville had been licensed to provide and that stress caused my hair to fall out and the rashes, bleeding and sever pain in the back of both of my hands.

NMS Hyattsville also caused physical damage to Vanessa Harrison's body because she could not get her FMLA paper work complete by NMS Hyattsville. Vanessa Harrison called the the social worker Tamika Williams at NMS Hyattsville numerous times to get the FMLA paper work completed. The physical damage to Vanessa Harrison's body due to not getting the FMLA completed was temporary swelling of Vanessa Harrison's hands. Vanessa Harrison did not have any of the physical problems listed in the complaint until NMS Hyattsville displayed no regard for human life, absolute belligerence, and NMS Hyattsville's lust of greed before the welfare of a human being.

Vanessa Harrison has suffered significant weight loss because it now difficult for her to use her hands because of the high levels of stress imposed upon Vanessa Harrison due to the lies told by Craig Neiswangner, the administrator of NMS Hyattsville and Craig Neiswangner's defamation of character. Vanessa Harrison's hands now itch and bleed so severely that it has become difficult to eat. The lack of nutrition that has resulted from NMS Hyattsville's financially raping MS Ernestine Harrison, makes it difficult for Vanessa Harrison to concentrate.

Vanessa Harrison is seeking damages of fifty million dollars for all the pain and suffering induced by NHS Hyattsville violating MS Ernestine Harrison's civil rights. Vanessa Harrison is also seeking the closure of NMS Hyattsville, imprisonment of Craig Neiswangner, restriction of any and all federal aid including grants, expulsion from the MD Medicaid program, and NMS Hyattsville from trying to recruit new patients until the the facility is closed.

Vanessa Harrison
5307 Wyndholme Circle # 102
Baltimore, MD 21229
410-646-3731